UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                                   Case No. 21-30130
                                                     Originating No. 3:19-cr-137

**ROGER RACHONE COOLEY,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ROGER RACHONE COOLEY,** to answer to charges pending in another federal district, and states:

1. On **March 16, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on an Indictment**. **Defendant is charged in that district with violation of 21 U.S.C. §841(a)(1)—Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance, 18 U.S.C. §1956(h)- Money Laundering Conspiracy.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


s/Robert Moran
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Robert.moran@usa.doj.gov
(313) 226-9553

Dated: March 16, 2021